In the Matter of David McMaster.—Appeal dismissed unless appellant file undertaking in five days. Opinion *Per Curiam.*

Mary A. Foster, Appellant, v. James Easton and others, Respondents. — Case stricken from the calendar. Opinion *Per Curiam.*

Michael Shaughnessy v. George K. Chase. —Motion denied, with costs.

In the Matter of George W. Bull.—Motion granted.

William H. Dole v. Charles D. Belden. — Motion granted.

In the Matter of Priscilla Drinker.— Motion for reargument denied.

James E. Eggleston v. Edward J. Woolsey. — Motion granted unless appellant pay ten dollars costs of motion and stipulate to argue case at October term.

Mary Irene Hoyt, Appellant, v. Samuel N. Hoyt and others, Respondents. — Decree affirmed, with costs. Opinion by Van Brunt, P. J.

Thomas Roberts, Appellant, v. Caroline D. Ely and others, Respondents.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Edward Hansen, Respondent, v. The Trustees of the New York and Brooklyn Bridge, Appellants. Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J., and Bartlett, J.

Augustus C. Genet, Appellant, v. The President, etc., of the Delaware and Hudson Canal Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

William B. Perry and another, Appellants, v. John L. Smith, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Mari A. Cuming, Appellant, v. William M. Whiting, Respondent. — Order reversed, with ten dollars costs and disbursements to abide event. Opinion by Van Brunt, P. J.

Arden S. Fitch, Appellant, v. William Cunningham, Respondent. — Judgment reversed, new trial ordered, costs to appellant to abide event.

William C. Ilsley, Respondent, v. Josephine D. Keith, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Fleming S. Phillips, Appellant, v. The Germania Mills, Respondent. — Order reversed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Hannah Crine, Appellant, v. Herman Bornemann, Respondent. — Order modified, as directed in opinion, without costs. Opinion *Per Curiam.*

Elizabeth Spring, Administratrix, Appellant, v. Francis George, Respondent, Impleaded, etc — Order reversed, without costs, and default opened on payment of trial fee and disbursements and ten dollars costs of motion.

Ernest Ludeke and others, Respondents, v. J. Lawrence McKeever, Appellant. — Order affirmed, with ten dollars costs and disbursements in one case and disbursements in both. Opinion *Per Curiam.*

The People of the State of New York, Respondent, v. Daniel Driscoll, Appellant. — Judgment affirmed. Opinion by Bartlett, J.

In the Matter of Mary T. Hatten. — Judgment reversed, new trial ordered before a jury in the Court of Common Pleas. Opinion by Van Brunt, P. J.

James Cruikshank, as Executor, etc., Appellant, v. The Home for the Friendless and others, Respondents. — Judgment affirmed, without costs. Opinion *Per Curiam.*

Lizzie A. Miller, Appellant, v. Eliza W. Parkhurst, Respondent. — Judgment affirmed. Opinion by Daniels, J.

Elizabeth Dodge, Appellant, v. Robert Glendenning and others, Respondents. — Judgment affirmed, with leave to plaintiff to amend on payment of costs of demurrer and of appeal. Opinion by Daniels, J.

Delia M. Moller, Respondent, v. Frank C. Moller, Appellant. — Judgment reversed and new trial

ordered before another referee. Opinions by Van Brunt, P. J., and Bartlett, J.

Charles P. Berdell, Appellant, v Eliza W. Parkhurst, Executrix, etc., Respondent.—Judgment affirmed. Opinion by Daniels, J.

William Hovey v. Melinda R. Purdy. — Judgment affirmed, with costs. Opinion by Daniels, J.

The People of the State of New York, Respondent, v. John O'Neill, Appellant. — Judgment affirmed. Opinion by Van Brunt, P. J.

Mortimer Hendricks, Respondent, v. Charles G. Wolf, Appellant, Impleaded, etc. — Order reversed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Frederick Lange, Respondent, v. Peter Kearney, Appellant. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion *Per Curiam.*

John Hone v. John W. De Peyster. — Appeal dismissed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

William C. Rowland, Appellant, v. John Alden and others, Respondents. — Order affirmed on authority of *Matthews* v. *Tufts* (87 N. Y., 568).

The People of the State of New York *ex rel.* Thomas F. Gillaine v. Charles H. Woodman and others, Commissioners, etc. — Order affirmed on opinions of Van Brunt and Lawrence, JJ.

Charles A. Clegg v. The New York Newspaper Union. — Order sent back to the justice making the same for resettlement. Opinion *Per Curiam.*

Germania Fire Insurance Company v. John R. Francis. — Motion for reargument denied.

Walter Langdon, Plaintiff, v. The Mayor, etc , of the City of New York, Defendant. — Report set aside and further reference ordered as directed in opinion. Opinion by Daniels, J.

Marian Langdon, Plaintiff, v. The Mayor, etc., of the City of New York, Defendant. — Report set aside and further reference ordered. Opinion by Daniels, J.

Frances Schwerdtfeger, Respondent, v. The New York and Baltimore Transportation Line, Appellant. — Judgment affirmed. Opinion by Brady, J.

Catherine A. Hedges, Respondent, v. Abraham B. Conger, Appellant. — Judgment affirmed, with leave to defendant to answer in twenty days, on payment of costs of demurrer and of appeal. Opinion by Daniels, J.

Francis B. Thurber and others, Respondents, v. John E. McIntire, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Louis Lesserman, Respondent, v. Isaac Bernheimer, Appellant.—Judgment affirmed, with costs Opinion by Patterson, J.

Arnold Lustig, Appellant, v. Elias Springarn, Respondent. — Judgment affirmed. Opinion by Brady, J.

Frances M. Dominick, Appellant, v. William H. Dominick, Respondent.—Verdict set aside and new trial decreed.

David Newman, Respondent, v. The Metropolitan Elevated Railway Company and another, Appellants. — Judgment and order affirmed. Opinion by Daniels, J.

In the Matter of Hiram Hutchinson.— Order affirmed, with costs. Opinion by Van Brunt, P. J.

Henry Schmid, Appellant, v. Christian Maeurer, Respondent. — Judgment reversed, new trial granted, costs to appellant to abide event. Opinion by Bartlett, J.

The Metropolitan Elevated Railway Company, Appellant, v. Sylvester H. Kneeland and others, Respondents. — Judgment affirmed. Opinion by Lawrence, J.

The St. Nicholas National Bank, Respondent, v. Percy R. King, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Adelia L. Otis v. Eustace Conway. Mem. *Per Curiam.*

Kate Hartman, Respondent, v. Peter Hartman, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.